No. 02–9028. TAYLOR *v.* MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 02–9029. VAUGHN *v.* MONEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9030. YOUNG *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–9035. HARRINGTON *v.* DOWNS ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9041. LIBERMAN *v.* CITIBANK, N. A. Ct. App. N. Y. Certiorari denied.

No. 02–9042. EATON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–9044. HALL *v.* LENDIS. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–9045. SHABTAI *v.* GIULIANI ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–9050. COOPER *v.* CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9052. COBAS *v.* BURGESS. C. A. 6th Cir. Certiorari denied.

No. 02–9056. BRYANT *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9061. STAMPS *v.* DISTRICT COURT OF COLORADO, 4TH JUDICIAL DISTRICT, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–9066. TRAVERS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–9068. YOUNG *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.